IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:11-CR-00030-02 - BSM |
| | ) | |
| MATTHEW CHRISTMAN | ) | |

**ORDER**

Pending before the Court is government's motion to dismiss Indictment against Defendant Matthew Christman.

IT IS SO ORDERED that the government's motion to dismiss Indictment (Doc #51) against the above-named defendant be GRANTED, and the Indictment pending again defendant Matthew Christman is dismissed without prejudice.

Dated this 16th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE